CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

DOUGLAS JOHNS (CABN 314798)
Assistant United States Attorney

    60 South Market Street, Suite 1200
    San Jose, California 95113
    Telephone: (415) 846-8947
    FAX: (408) 535-5081
    Douglas.Johns@usdoj.gov

Attorneys for Respondents-Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hiren Jagdish PATEL,<br><br>    Petitioner-Plaintiff,<br><br>v.<br><br>Sergio ALBARRAN, Field Office Director of San Francisco Office of Detention and Removal, U.S. Immigrations and Customs Enforcement; U.S. Department of Homeland Security;<br><br>Todd LYONS, Acting Director, Immigrations and Customs Enforcement, U.S. Department of Homeland Security;<br><br>Kristi NOEM, in her Official Capacity, Secretary, U.S. Department of Homeland Security; and<br><br>Pam BONDI, in her Official Capacity, Attorney General of the United States;<br><br>    Respondents-Defendants. | CASE NO. 25-cv-07667-WHO<br><br>**STIPULATED JOINT REQUEST AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR RESPONSE TO PETITION AND MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Honorable William H. Orrick<br>United States Senior District Judge |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, Petitioner-Plaintiff Hiren Jagdish Patel ("Plaintiff") and Respondents-Defendants Sergio Albarran, Todd Lyons, Kristi Noem, and Pam Bondi ("Defendants") hereby stipulate as follows:

WHEREAS, on September 9, 2025, Plaintiff filed a petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief and a Motion for Temporary Restraining Order (Dkt. Nos. 1, 2);

WHEREAS, and in response to the Court's Order regarding the motion for a temporary restraining order (Dkt. No. 5), Defendants filed an opposition to Plaintiff's motion (Dkt. No. 11);

WHEREAS, Plaintiff filed a motion for leave to file a reply to the opposition, and a reply to the opposition on September 19, 2025 (Dkt. Nos. 12, 13);

WHEREAS, after a hearing on Plaintiff's motion on September 22, 2025 (Dkt. No. 14), the Court issued an order on October 9, 2025, granting Plaintiff's motion for a temporary restraining order and ordering further briefing on Defendant's response to the petition and whether a preliminary injunction should issue (Dkt. No. 17);

WHEREAS, counsel for Plaintiff and Defendant have conferred several times since the Court issued its order on October 9, 2025 (Dkt. No. 17) on the most efficient way to proceed to maximize the parties' resources and promote judicial economy;

WHEREAS, Plaintiff and Defendants consent to the Court's October 9 Order (Dkt. No. 17) remaining in effect pending a decision from the Court on a motion for a preliminary injunction, following briefing and a hearing;

WHEREAS, and after conferring and to allow additional time to finalize a case plan, the parties have agreed on a proposed briefing and hearing schedule for a possible motion for a preliminary injunction;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that, subject to the Court's approval:

1. The following deadlines will apply to the motion and hearing for a preliminary injunction:

///

| Event | Date |
|---|---|
| Defendant files a response to the petition addressing the petition and whether the Court should issue a preliminary injunction. | October 24, 2025 |
| Plaintiff files a reply. | October 31, 2025 |
| Hearing to address petition and preliminary injunction. | December 10, 2025, by Zoom videoconference. |

2. The Court's October 9, 2025 Order (Dkt. No. 17) will remain in effect pending a decision from this Court on the motion for a preliminary injunction following briefing and a hearing.

DATED: October 17, 2025                            Respectfully submitted,

                                                      CRAIG H. MISSAKIAN
                                                      United States Attorney

                                                      */s/ Douglas Johns*
                                                      DOUGLAS JOHNS
                                                      Assistant United States Attorney

                                                      *Attorneys for Respondents-Defendants*

DATED: October 17, 2025

                                                      */s/ Avantika Shastri*
                                                      AVANTIKA SHASTRI
                                                      Van Der Hout, LLP

                                                      *Attorneys for Petitioner-Plaintiff*

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: October 17, 2025           By:     */s/ Douglas Johns*
                                                                DOUGLAS JOHNS

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The following deadlines will apply to Defendant's response to Plaintiff's petition and whether the Court should issue a preliminary injunction:

| Event | Date |
| --- | --- |
| Defendant files a response to the petition addressing the petition and whether the Court should issue a preliminary injunction. | October 24, 2025 |
| Plaintiff files a reply. | October 31, 2025 |
| Hearing to address petition and preliminary injunction. | December 10, 2025, by Zoom videoconference. |

2. The Court's October 9, 2025, Order (Dkt. No. 17) will remain in effect pending a decision from this Court on whether a preliminary injunction should issue following briefing and a hearing.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: October 17, 2025

_____
HONORABLE WILLIAM H. ORRICK
United States Senior District Judge

STIPULATED JOINT REQUEST REGARDING BRIEFING SCHEDULE FOR RESPONSE TO PETITION AND MOTION FOR A PRELIMINARY INJUNCTION
25-CV-07667-WHO

3

**DECLARATION OF DOUGLAS JOHNS**

I, Douglas Johns declare as follows:

1. I am an Assistant United States Attorney for the Northern District of California and counsel for Respondents-Defendants Sergio Albarran, Todd Lyons, Kristi Noem, and Pam Bondi ("Defendants") in this action. I have personal knowledge of the matters set forth below, except those matters that are based on information and belief, which I believe to be true, and could and would testify competently to them if called to do so.

2. I submit this declaration in support of the Stipulation and Proposed Order Regarding Briefing Schedule for Response to Petition and Motion for a Preliminary Injunction pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12.

3. On September 9, 2025, Plaintiff filed a Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief and a Motion for Temporary Restraining Order (Dkt. Nos. 1, 2) that Defendants opposed (Dkt. No. 11).

4. On October 9, 2025, and after a hearing on Plaintiff's motion (Dkt. No. 14), the Court issued an order on granting Plaintiff's motion for a temporary restraining order and ordering further briefing on whether a preliminary injunction should issue (Dkt. No. 17).

5. After the Court issued its order, I conferred with counsel for Plaintiff, Avantika Shastri, Esq., several times over the telephone about the most efficient way to proceed in the case to maximize the parties' resources and promote judicial economy. We agreed to continue those discussions if the Court grants this Stipulation and Proposed Order.

6. Based on those discussions, counsel for Plaintiff and Defendants met and conferred and agreed that extending the briefing schedule one week, and the hearing date based on the availability of counsel, would allow the parties to further finalize a plan for the case and, if necessary, allow for further briefing on the motion for a preliminary injunction.

7. Counsel for Plaintiff and Defendants further consented that the Court's October 9, 2025, Order (Dkt. No. 17) could remain in effect pending a decision from this Court on the preliminary injunction after briefing and a hearing.

STIPULATED JOINT REQUEST REGARDING BRIEFING SCHEDULE FOR RESPONSE TO PETITION AND MOTION FOR A PRELIMINARY INJUNCTION
25-CV-07667-WHO

4

8. To my knowledge, there have been no previous requests for orders modifying time in this case.

9. The proposed schedule changes would extend the time for Defendant to respond by one week, for Plaintiff to reply by another week, and the hearing date by approximately one month. The case does not have a case management schedule except for the dates set forth in the Court's October 9, 2025, Order (Dkt. No. 17).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  October 17, 2025     */s/ Douglas Johns*
                              Douglas Johns
                              Assistant United States Attorney

STIPULATED JOINT REQUEST REGARDING BRIEFING SCHEDULE FOR RESPONSE TO PETITION AND MOTION FOR A PRELIMINARY INJUNCTION
25-CV-07667-WHO

5