1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   PAMELA T. JOHANN (CABN 145558)
3  Chief, Civil Division

4  DOUGLAS JOHNS (CABN 314798)
   Assistant United States Attorney
5
        60 South Market Street, Suite 1200
6       San Jose, California 95113
        Telephone: (415) 846-8947
7       FAX: (408) 535-5081
        Douglas.Johns@usdoj.gov
8
   Attorneys for Respondents-Defendants
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13
   Hiren Jagdish PATEL,                    )   CASE NO. 25-cv-07667-WHO
14                                         )
          Petitioner-Plaintiff,            )
15                                         )   **STIPULATED JOINT REQUEST
      v.                                   )   CONVERTING ORDER GRANTING
16                                         )   APPLICATION FOR TEMPORARY
   Sergio ALBARRAN, Field Office Director of )  RESTRAINING ORDER INTO A
17 San Francisco Office of Detention and   )   PRELIMINARY INJUNCTION; [PROPOSED]
   Removal, U.S. Immigrations and Customs  )   ORDER**
18 Enforcement; U.S. Department of Homeland )
   Security;                               )
19                                         )   Honorable William H. Orrick
   Todd LYONS, Acting Director, Immigrations )  United States Senior District Judge
20 and Customs Enforcement, U.S. Department of )
   Homeland Security;                      )
21                                         )
                                           )
22  Kristi NOEM, in her Official Capacity,  )
   Secretary, U.S. Department of Homeland  )
23 Security; and                           )
                                           )
24 Pam BONDI, in her Official Capacity, Attorney )
   General of the United States;           )
25                                         )
          Respondents-Defendants.          )
26 _____ )

27

28

STIPULATED JOINT REQUEST CONVERTING ORDER GRANTING APPLICATION FOR TEMPORARY
RESTRAINING ORDER INTO A PRELIMINARY INJUNCTION
25-CV-07667-WHO

     Petitioner-Plaintiff, Hiren Jagdish Patel ("Plaintiff"), and Respondents-Defendants, Sergio Albarran, Todd Lyons, Kristi Noem, and Pam Bondi (collectively, "Defendants"), hereby enter into the following stipulation to convert the Court's order granting Plaintiff's motion for a temporary restraining order into a preliminary injunction that can be appealed by either party:

1. On September 9, 2025, Plaintiff filed a petition for writ of habeas corpus and complaint for declaratory and injunctive relief and a motion for temporary restraining order (Dkt. Nos. 1, 2).

2. Plaintiff supported his petition and motion with submissions including, but not limited to, declarations, records, and documents.

3. On September 9, 2025, the Court issued an order regarding Plaintiff's motion (Dkt. No. 5) and ordered Defendants to respond to the motion by September 17, 2025. The Court further ordered the parties to appear at a hearing on Plaintiff's motion on September 22, 2025. In addition, the Court prohibited Defendants from removing Plaintiff until it issued an order on his motion (Dkt. No. 5 at 2).

4. On September 17, 2025, Defendants filed an opposition to Plaintiff's motion (Dkt. No. 11).

5. On September 19, 2025, Plaintiff filed a motion for leave to file a reply to the opposition, and a reply to the opposition (Dkt. Nos. 12, 13).

6. On September 22, 2025, the Court held a hearing on Plaintiff's motion (Dkt. No. 14).

7. On October 9, 2025, the Court issued an order granting Plaintiff's motion for a temporary restraining order and "enjoined" Defendants "from arresting, detaining, or removing Patel without notice and without a hearing." (Dkt. No. 17 at 12). In addition, the Court ordered Defendants to respond to Plaintiff's petition by October 20, 2025, and Plaintiff to reply to Defendants' opposition by October 22, 2025. *Id.* The Court set a hearing to address why a preliminary injunction should not issue for October 22, 2025. (Dkt. No. 17 at 12).

8. On October 17, 2025, the parties filed a stipulated joint request with a revised proposed briefing schedule for a response to Plaintiff's petition. (Dkt. No. 20). That same day, the Court granted the joint request and scheduled a new hearing date of December 10, 2025. (Dkt. No. 21 at 2).

///

///

STIPULATED JOINT REQUEST REGARDING BRIEFING SCHEDULE FOR RESPONSE TO PETITION AND MOTION FOR A PRELIMINARY INJUNCTION
25-CV-07667-WHO

1

9. Plaintiff and Defendant seek to convert the Court's order granting Plaintiff's motion for a temporary restraining order into a preliminary injunction that can be appealed by either party if, and after, the Court grants the stipulation.

10. Plaintiff and Defendant seek to rely on the entire record before the Court and submitted by the parties including, but not limited to, all supporting declarations and records and further agree that the prior briefing filed by both parties will be construed as the briefing on the preliminary injunction.

11. Plaintiff and Defendant are not waiving any of their rights, defenses, or arguments including, but not limited to, their appeal rights and expressly acknowledge that the purpose of this stipulation is to efficiently facilitate an appeal of the injunction issued by the Court.

12. This stipulation has no effect on any proceeding or case pertaining to Plaintiff's immigration or removal proceedings. Plaintiff's immigration and removal proceedings can, and will, continue, and, to the extent Plaintiff has any pending immigration and removal proceedings, he will continue to cooperate to the fullest extent possible.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants that, subject to the Court's approval:

A. The Court's order granting Plaintiff's motion for a temporary restraining order is converted into a preliminary injunction that grants and continues the injunction prohibiting Defendants from arresting, detaining, or removing Plaintiff without notice and without a pre-detention hearing.

B. Defendants are enjoined and restrained from arresting, detaining, or removing Plaintiff without notice and without a pre-detention hearing during the entirety of these proceedings, including any appeal.

C. If, and after, the Court grants this stipulation, the Court's order granting Plaintiff's motion will be converted into a preliminary injunction that can be appealed by either party.

D. Plaintiff and Defendants may rely on all of the records and submissions filed with the Court on any appeal filed by either party, and the prior briefing by the parties on Plaintiff's motion for a temporary restraining order will be construed as the briefing on the preliminary injunction.

E. Neither Plaintiff nor Defendants waive any of their rights regarding any appeal in these proceedings.

F.  The deadlines set forth in the Court's order granting the stipulated joint request on October 17, 2025 are stricken, and the hearing on December 10, 2025, is vacated.

DATED: October 24, 2025                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Douglas Johns*
DOUGLAS JOHNS
Assistant United States Attorney

*Attorneys for Respondents-Defendants*

DATED: October 24, 2025

*/s/ Avantika Shastri*
AVANTIKA SHASTRI
Van Der Hout, LLP

*Attorneys for Petitioner-Plaintiff*

## ATTESTATION

In compliance with Civil L.R. 5-1(i)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: October 24, 2025         By:    */s/ Draft*
                                       DOUGLAS JOHNS

STIPULATED JOINT REQUEST REGARDING BRIEFING SCHEDULE FOR RESPONSE TO PETITION AND MOTION FOR A PRELIMINARY INJUNCTION
25-CV-07667-WHO

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The Court's order granting Plaintiff's motion for a temporary restraining order issued on October 9, 2025 (Dkt. No. 9) is converted into a preliminary injunction that grants and continues the injunction prohibiting Defendants from arresting, detaining, or removing Plaintiff without notice and without a pre-detention hearing.

2. Pursuant to that order, its conversion into a preliminary injunction, and the granting of this stipulation, Defendants are enjoined and restrained from arresting, detaining, or removing Plaintiff without notice and without a pre-detention hearing during the entirety of these proceedings, including any appeal.

3. The Court's order and its conversion to a preliminary injunction can be appealed by either Plaintiff or Defendants.

4. Plaintiff and Defendants may rely on all of the records and submissions filed with the Court on any appeal filed by either party.

5. Plaintiff and Defendant's prior briefing and submissions to the Court are construed as the briefing and submissions for the preliminary injunction.

6. Plaintiff and Defendants do not waive any of their rights to appeal the Court's order and its subsequent conversion into a preliminary injunction and expressly reserve all of their rights to appeal the Court's order.

7. The deadlines set forth in the Court's order granting the stipulated joint request on October 17, 2025 (Dkt. No. 21) are stricken, and the hearing on December 10, 2025 is vacated.

8. Plaintiff's immigration and removal proceedings can, and will, continue, and Plaintiff must continue to cooperate in those proceedings.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: October 27, 2025

_____
HONORABLE WILLIAM H. ORRICK
United States Senior District Judge