UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HIREN JAGDISH PATEL,

Plaintiff,

v.

POLLY KAISER, et al.,

Defendants.

Case No.  25-cv-07667-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 26

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice.  The Clerk shall close the case.

Dated: March 26, 2026

WILLIAM H. ORRICK
United States District Judge